No. 03–5502. ZEMBA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5503. THOMAS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5505. ROBINSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–5506. TAGALONI v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5507. WARREN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5508. CARBONELL v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 03–5509. ROBY v. ROBY ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5511. JINGLES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5512. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–5513. LANKFORD v. ADMINISTRATOR OF PRISONS, DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5514. SARAH v. GERTH ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–5515. WARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–5516. TERRELL v. AMERICAN DRUG STORES, DBA OSCO DRUG. C. A. 7th Cir. Certiorari denied.

No. 03–5517. BARTLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.